UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2023
```

HELIO LOGISTICS, INC. d/b/a NEXTMED,

                Plaintiff,

  -against-

APOORVA MEHTA, CLOUD HEALTH SYSTEMS LLC d/b/a SUNRISE HEALTH, and TEJASVI SINGH

                Defendants.

No. 22-cv-10047 (NSR)

**Scheduling Order**

NELSON S. ROMÁN, United States District Judge:

    In light of the emails received by Chambers this weekend regarding Plaintiff Helio Logistics, Inc. d/b/a NextMed's ("Plaintiff") renewed application for a Temporary Restraining Order and Preliminary Injunction, the Court directs the parties to appear at a teleconference scheduled for Wednesday, February 1, 2023, at 10:30 am.

    To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.**

Dated: January 30, 2023
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

1